| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | CHARLES J. LEE, #221057 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA 93721-2226 |
| | Telephone: 559-487-5561/Fax: 559-487-5950 |
| 5 | |
| 6 | Attorney for Defendant |
| | BRYAN BARTUCCI |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:19-cr-00244-LJO-SKO |
| Plaintiff, | STIPULATION TO MODIFY TERM OF PRETRIAL RELEASE; ORDER |
| vs. | JUDGE: Hon. Stanley A. Boone |
| BRYAN BARTUCCI, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, that Mr. Bartucci's order of release condition (7)(k) be modified to allow Mr. Bartucci to leave his residence on Thanksgiving Day, November 28, 2019, from 9 a.m. to 9 p.m. This modification is effective only for November 28, 2019, and Mr. Bartucci's home detention condition will otherwise remain as previously ordered. Permission is being requested for Mr. Bartucci to leave his residence on Thanksgiving so that he can spend time with his family at his father's home in the city of Fresno, as well as his wife's family at his father-in-law's home, also in the city of Fresno. Mr. Bartucci's travel will be limited to those two locations and Mr. Bartucci shall remain in his wife's presence, who is the court-approved third-party custodian, at all times from 9 a.m. to 9 p.m. on November 28, 2019.

All other conditions remain in full force and effect.

///

Respectfully submitted,

McGREGOR SCOTT
United States Attorney

DATED: November 20, 2019      /s/ Kimberly A. Sanchez
KIMBERLY A. SANCHEZ
Assistant United States Attorney
Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

DATED: November 20, 2019      /s/ Charles J. Lee
CHARLES J. LEE
Assistant Federal Defender
Attorneys for Defendant
BRYAN BARTUCCI

## O R D E R

**IT IS SO ORDERED** that pretrial release condition (7)(k) be modified to allow Mr. Bartucci to leave his residence in the immediate presence of his Third-Party Custodian on November 28, 2019, from 9:00 a.m. to 9:00 p.m. for travel only to his father's and father-in-law's homes, both located in the city of Fresno, for family functions on Thanksgiving Day only.

All other conditions remain in full force and effect.

IT IS SO ORDERED.

Dated:  **November 20, 2019**

UNITED STATES MAGISTRATE JUDGE