HEATHER E. WILLIAMS, #122664
Federal Defender
CHARLES J. LEE, #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950

Attorney for Defendant
BRYAN BARTUCCI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:19-cr-00244-LJO-SKO |
|---|---|
| Plaintiff, | STIPULATION TO MODIFY TERM OF PRETRIAL RELEASE; [PROPOSED] ORDER |
| vs. | JUDGE: Hon. Erica P. Grosjean |
| BRYAN BARTUCCI, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, that Mr. Bartucci's order of release condition (7)(k) be modified to allow Mr. Bartucci to leave his residence on December 11, 2019, from 5:00 pm to 8:15 pm to allow him to attend his son's winter musical performance at his elementary school. This modification would also allow for Mr. Bartucci to leave his residence on December 12, 2019, from 1:30 p.m. to 5:00 p.m. to attend his son's cross country finals meet. Mr. Bartucci's travel will be limited to those two events and Mr. Bartucci shall remain in his wife's presence, who is the court-approved third-party custodian, at all times.

All other conditions remain in full force and effect.

///

///

///

Respectfully submitted,

McGREGOR SCOTT
United States Attorney

DATED: December 11, 2019 */s/ Kimberly A. Sanchez*
KIMBERLY A. SANCHEZ
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

DATED: December 11, 2019 */s/ Charles J. Lee*
CHARLES J. LEE
Assistant Federal Defender
Attorneys for Defendant
BRYAN BARTUCCI

## **O R D E R**

**IT IS SO ORDERED** that pretrial release condition (7)(k) be modified to allow Mr. Bartucci to leave his residence in the immediate presence of his Third-Party Custodian on December 11, 2019, from 5:00 p.m. to 8:15 p.m. for travel only to his son's elementary school to attend his son's performance at the winter music festival and on December 12, 2019, from 1 p.m. to 5:00 to attend his son's cross country finals meet.

All other conditions remain in full force and effect.

IT IS SO ORDERED.

Dated: **December 11, 2019**      /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE