HEATHER E. WILLIAMS, #122664
Federal Defender
CHARLES J. LEE, #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950

Attorney for Defendant
BRYAN BARTUCCI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>BRYAN BARTUCCI,<br><br>　　　　　　Defendant. | Case No. 1:19-cr-00244-LJO-SKO<br><br>STIPULATION TO MODIFY TERM OF PRETRIAL RELEASE; [PROPOSED] ORDER<br><br>JUDGE: Hon. Erica P. Grosjean |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, that Mr. Bartucci's order of release condition (7)(k) be modified to allow Mr. Bartucci to leave his residence on December 15, 2019, from 5:00 pm to 9:00 pm to allow him to celebrate his birthday at a dinner in the Fresno area with his family. This modification would also allow for Mr. Bartucci to leave his residence on December 24, 2019, from 10:00 a.m. to 8:00 p.m. to allow him to spend time at his family home, as well as his in-law's family home, on Christmas Eve. Both family homes are in the Fresno area. On both dates, his travel will be limited to the listed events in this stipulation and Mr. Bartucci shall remain in his wife's presence, who is the court-approved third-party custodian, at all times.

　　　All other conditions remain in full force and effect.

///

///

Respectfully submitted,

McGREGOR SCOTT
United States Attorney

DATED: December 12, 2019    /s/ Kimberly A. Sanchez
KIMBERLY A. SANCHEZ
Assistant United States Attorney
Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender


DATED: December 12, 2019    /s/ Charles J. Lee
CHARLES J. LEE
Assistant Federal Defender
Attorneys for Defendant
BRYAN BARTUCCI

# **O R D E R**

**IT IS SO ORDERED** that pretrial release condition (7)(k) be modified to allow Mr. Bartucci to leave his residence in the immediate presence of his Third-Party Custodian on December 15, 2019, from 5:00 p.m. to 9:00 p.m. to celebrate his birthday with family at a dinner location in Fresno and on December 24, 2019, from 10:00 a.m. to 8:00 p.m. to spend time at his family and his in-law's family homes in the Fresno area on Christmas Eve.

All other conditions remain in full force and effect.

IT IS SO ORDERED.

Dated: **December 13, 2019**    /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE