HEATHER E. WILLIAMS, #122664
Federal Defender
CHARLES J. LEE, #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950

Attorney for Defendant
BRYAN BARTUCCI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>BRYAN BARTUCCI,<br><br>　　　　Defendant. | Case No. 1:19-cr-00244-LJO-SKO<br><br>STIPULATION TO MODIFY TERM OF PRETRIAL RELEASE; ORDER<br><br>JUDGE: Hon. Stanley A. Boone |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, that Mr. Bartucci's order of release condition (7)(k) be modified to allow Mr. Bartucci to leave his residence on January 10, 2020, from 9:00 am to noon to allow him to attend an elementary school awards ceremony for the family's youngest son. Mr. Bartucci's travel would be restricted directly to the elementary school and return directly home at the conclusion of the awards ceremony. At all times, Mr. Bartucci shall remain in his wife's presence, who is the court-approved third-party custodian.

All other conditions remain in full force and effect.

///

///

///

///

Respectfully submitted,

McGREGOR SCOTT
United States Attorney

DATED: January 7, 2020  /s/ Kimberly A. Sanchez
KIMBERLY A. SANCHEZ
Assistant United States Attorney
Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender


DATED: January 7, 2020  /s/ Charles J. Lee
CHARLES J. LEE
Assistant Federal Defender
Attorneys for Defendant
BRYAN BARTUCCI

## **O R D E R**

**IT IS SO ORDERED** that pretrial release condition (7)(k) be modified to allow Mr. Bartucci to leave his residence in the immediate presence of his Third-Party Custodian on January 10, 2020, from 9:00 a.m. to noon to attend an awards ceremony at the elementary school of the family's youngest son.

All other conditions remain in full force and effect.

IT IS SO ORDERED.

Dated: **January 7, 2020**

UNITED STATES MAGISTRATE JUDGE