HEATHER E. WILLIAMS, #122664
Federal Defender
CHARLES J. LEE, #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950

Attorney for Defendant
BRYAN BARTUCCI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BRYAN BARTUCCI,<br><br>Defendant. | Case No. 1:19-cr-00244-LJO-SKO<br><br>STIPULATION TO MODIFY TERM OF PRETRIAL RELEASE; ORDER<br><br>JUDGE: Hon. Barbara A. McAuliffe |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, that Mr. Bartucci's order of release condition (7)(k) be modified to allow Mr. Bartucci to travel with his wife, along with their two children, for a family outing to the Sacramento area on February 1, 2020, returning on February 2, 2020. Mr. Bartucci is requesting this modification so he can participate in the son's birthday celebration, which includes taking the family to a basketball game. At all times, Mr. Bartucci would be in the presence of his wife, who is the court-approved third-party custodian.

All other conditions remain in full force and effect.

///

///

///

///

|   |   |
|---|---|
|   | Respectfully submitted, |
|   | McGREGOR SCOTT<br>United States Attorney |
| DATED: January 27, 2020 | */s/ Kimberly A. Sanchez*<br>KIMBERLY A. SANCHEZ<br>Assistant United States Attorney<br>Attorney for Plaintiff |
|   | HEATHER E. WILLIAMS<br>Federal Defender |
| DATED: January 27, 2020 | */s/ Charles J. Lee*<br>CHARLES J. LEE<br>Assistant Federal Defender<br>Attorneys for Defendant<br>BRYAN BARTUCCI |

## **O R D E R**

**IT IS SO ORDERED** that the curfew portion of pretrial release condition (7)(k) be modified to allow Mr. Bartucci to spend the weekend in Sacramento on a family trip in the immediate presence of his Third-Party Custodian on the weekend of February 1-2, 2020.

All other conditions remain in full force and effect.

IT IS SO ORDERED.

Dated: **January 28, 2020**      /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE