HEATHER E. WILLIAMS, Bar #122664
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950

Attorney for Defendant
BRYAN BARTUCCI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:19-cr-00244-LJO-SKO |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| vs. | |
| BRYAN BARTUCCI, | DATE: May 4, 2020<br>TIME: 2:00 p.m. |
| Defendant. | JUDGE: Hon. Sheila K. Oberto |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel, that the status conference regarding the above-captioned matter now set for February 3, 2020, before the Honorable Sheila K. Oberto, may be continued to May 4, 2020, at 1:00 p.m. for further status conference.

Defense counsel just retained an expert to assist in the preparation of the defense on this case. The defense requires additional time for the defense expert to review the appropriate documentation, meet and interview client, and prepare a written report. The government has no objection to the requested continuance.

The parties agree that, pursuant to 18 U.S.C. § 3161(h)(7)(A), time should be excluded through May 4, 2020 because there is good cause for the requested continuance and the ends of justice outweigh the interest of the public and the defendant in a speedy trial. Specifically, the

parties agree that this continuance is necessary for defense preparation and investigation purposes and to permit time for the parties to engage in plea negotiations.

Respectfully submitted,

McGREGOR SCOTT
United States Attorney

DATED: January 27, 2020
/s/ Kimberly A. Sanchez
KIMBERLY A. SANCHEZ
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

DATED: January 27, 2020
/s/ Charles J. Lee
CHARLES J. LEE
Assistant Federal Defender
Attorney for Defendant
BRYAN BARTUCCI

## **O R D E R**

IT IS SO ORDERED.

Dated: **January 28, 2020**
/s/ Sheila K. Oberto
UNITED STATES MAGISTRATE JUDGE