HEATHER E. WILLIAMS, #122664
Federal Defender
CHARLES J. LEE, #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950

Attorney for Defendant
BRYAN BARTUCCI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:19-cr-00244-LJO-SKO |
|---|---|
| Plaintiff, | STIPULATION TO MODIFY TERM OF PRETRIAL RELEASE; ORDER |
| vs. | JUDGE: Hon. Sheila K. Oberto |
| BRYAN BARTUCCI, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, that Mr. Bartucci's order of release conditions (7)(c) and (7)(k) be modified to allow Mr. Bartucci to travel with his wife for a weekend trip to the Central District of California on February 22, 2020, returning on February 23, 2020. At all times, Mr. Bartucci would be in the presence of his wife, who is the court-approved third-party custodian. Both the government and supervising US Pretrial Services Officer Frank Guerrero have no objection to this request. All other conditions remain in full force and effect.

///

///

///

///

///

Respectfully submitted,
McGREGOR SCOTT
United States Attorney

DATED: February 13, 2020  /s/ Kimberly A. Sanchez
KIMBERLY A. SANCHEZ
Assistant United States Attorney
Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender


DATED: February 13, 2020  /s/ Charles J. Lee
CHARLES J. LEE
Assistant Federal Defender
Attorneys for Defendant
BRYAN BARTUCCI

## **O R D E R**

**IT IS HEREBY ORDERED** that the travel and curfew conditions contained in Mr. Bartucci's orders of pretrial release conditions (7)(c) and (7)(k) be modified to allow Mr. Bartucci to spend the weekend in the Central District of California in the immediate presence of his Third-Party Custodian on the weekend of February 22-23, 2020.

All other conditions remain in full force and effect.

IT IS SO ORDERED.

Dated: **February 13, 2020**   /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE

Bartucci: Stipulation and [Proposed]
Order to Modify Term of Pretrial Release                    -2-