HEATHER E. WILLIAMS, Bar #122664
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950

Attorney for Defendant
BRYAN BARTUCCI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>vs.<br><br>BRYAN BARTUCCI,<br><br>              Defendant. | Case No.  1:19-cr-00244-NONE-SKO<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE<br><br>DATE:   September 8, 2020<br>TIME:   2:00 p.m.<br>JUDGE: Hon. Sheila K. Oberto |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel, that the status conference regarding the above-captioned matter now set for May 4, 2020, before the Honorable Sheila K. Oberto, may be continued to September 8, 2020, at 2:00 p.m. for further status conference.

Defense counsel retained an expert to assist in the preparation of the defense on this case. With the COVID-19 pandemic, there was a delay in the expert completing his report.  Defense anticipates the finalized report should be done in the near future.  Defense would request the additional time to review the report and engage in plea negotiations with the government.  The government is agreeable with the requested date.

The parties agree that, pursuant to 18 U.S.C. § 3161(h)(7)(A), time should be excluded through and including September 8, 2020 because there is good cause for the requested

continuance and the ends of justice outweigh the interest of the public and the defendant in a speedy trial.  Specifically, the parties agree that this continuance is necessary for defense preparation and investigation purposes and to permit time for the parties to engage in plea negotiations.

                                Respectfully submitted,

                                McGREGOR SCOTT
                                United States Attorney

DATED:  April 29, 2020                */s/ Kimberly A. Sanchez*
                                                        KIMBERLY A. SANCHEZ
                                                         Assistant United States Attorney
                                                         Attorney for Plaintiff

                                HEATHER E. WILLIAMS
                                Federal Defender

DATED:  April 29, 2020                */s/ Charles J. Lee*
                                                        CHARLES J. LEE
                                                        Assistant Federal Defender
                                                        Attorney for Defendant
                                                        BRYAN BARTUCCI

**O R D E R**

IT IS SO ORDERED.

Dated:  **April 29, 2020**                                  /s/ *Sheila K. Oberto*
                                                         UNITED STATES MAGISTRATE JUDGE