1   HEATHER E. WILLIAMS, #122664
    Federal Defender
2   CHARLES J. LEE, #221057
    Assistant Federal Defender
3   Designated Counsel for Service
    2300 Tulare Street, Suite 330
4   Fresno, CA  93721-2226
    Telephone: 559-487-5561/Fax: 559-487-5950
5
    Attorney for Defendant
6   BRYAN BARTUCCI

7

8                  IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          Case No.  1:19-cr-00244-LJO-SKO

12                  Plaintiff,         MODIFICATION OF PRETRIAL RELEASE:
                                       ORDER THEREON
13  vs.
                                       JUDGE: Hon. Erica P. Grosjean
14  BRYAN BARTUCCI,

15                  Defendant.

16

17          IT IS SO ORDERED that Mr. Bartucci's order of release condition (6) be modified so

18  that third party custodian Lynette Bartucci be removed and that Margaret Bartucci be added.

19          IT IS SO ORDERED that Mr. Bartucci's order of release condition (7)(k), which

20  currently reads: participate in the following Location Monitoring program component and abide

21  by all the requirements of the program, which will include having a location monitoring unit

22  installed in your residence and a radio frequency transmitted device attached to your person.

23  You must comply with all instructions for the use and operation of said devices as given to you

24  by the Pretrial Services Agency and employees of the monitoring company.  You must pay all or

25  part of the costs of the program based upon your ability to pay as determined by the PSO;

26  CURFEW: You are restricted to your residence every day from 9:00 pm to 6:00 am, or as

27  adjusted by the Pretrial Services office or supervising officer, for medical, religious services,

28  employment/schooling or court-ordered obligations, SHALL BE DELETED

1    All other conditions to remain in full force and effect.

2

3    IT IS SO ORDERED.

4

5    Dated:   **May 27, 2020**                    /s/ Erica P. Grosjean
                                      UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28