# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  v.<br><br>BRYAN BARTUCCI,<br>      Defendant. | 1:18-cr-00270-DAD-BAM<br><br><br><br><br><br>**ORDER REASSIGNING CASES FOR ALL PURPOSES** |
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  v.<br><br>BRYAN BARTUCCI,<br>      Defendant. | 1:19-cr-00244-NONE-SKO<br><br>**New Case Number:**<br>**1:19-cr-00244-DAD-BAM** |

Pusuant to the filing of the Notice of Related Cases in case numbers 1:18-cr-00270-DAD-BAM, and 1:19-cr-00244-NONE-SKO on June 29, 2020;

Case number 1:19-cr-00244-NONE-SKO is transferred to the docket of District Judge Dale A. Drozd and Magistrate Judge Barbara A. McAuliffe to effect a savings of judicial effort and judicial economy.

To prevent a delay in documents being received by the correct judicial officer, the new case number listed below should be used on all future documents.

**1:19-cr-00244-DAD-BAM**

IT IS SO ORDERED.

Dated: __June 30, 2020__  /s/ Dale A. Drozd
UNITED STATES DISTRICT JUDGE

1