HEATHER E. WILLIAMS, Bar #122664
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950

Attorney for Defendant
BRYAN BARTUCCI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:19-cr-00244 DAD-BAM |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| vs. | |
| BRYAN BARTUCCI, | DATE:   October 26, 2020 |
| Defendant. | TIME:    1:00 p.m. |
| | JUDGE: Hon. Barbara A. McAuliffe |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel, that the status conference regarding the above-captioned matter now set for status conference before the Honorable Barbara A. McAuliffe on August 17, 2020 may be continued for further status conference on October 26, 2020.

Defense counsel has been in discussions with the government regarding resolution of this matter along with Mr. Bartucci's other case, 1:18-cr-00270-DAD-BAM.  The government has indicated it will send over an offer in the near future.  The parties need additional time to resolve logistical issues and complete plea negotiations.

The parties agree that, pursuant to 18 U.S.C. § 3161(h)(7)(A), time should be excluded through and including October 26, 2020 because there is good cause for the requested continuance and the ends of justice outweigh the interest of the public and the defendant in a

speedy trial. Specifically, the parties agree that this continuance is necessary for defense preparation and investigation purposes and to permit time for the parties to engage in plea negotiations.

Respectfully submitted,

McGREGOR SCOTT
United States Attorney

DATED: August 17, 2020

*/s/ Kimberly A. Sanchez*
KIMBERLY A. SANCHEZ
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

DATED: August 17, 2020

*/s/ Charles J. Lee*
CHARLES J. LEE
Assistant Federal Defender
Attorney for Defendant
BRYAN BARTUCCI

## ORDER

IT IS SO ORDERED that the Status Conference is continued from August 24, 2020, to **October 26, 2020, at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe**. Time is excluded pursuant to 18 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED.

Dated: **August 17, 2020**      /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE