HEATHER E. WILLIAMS, Bar #122664
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950

Attorney for Defendant
BRYAN BARTUCCI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>BRYAN BARTUCCI,<br><br>  Defendant. | Case No.  1:19-cr-00244 DAD-BAM<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE<br><br>DATE:  January 27, 2021<br>TIME:   1:00 p.m.<br>JUDGE: Hon. Barbara A. McAuliffe |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel, that the status conference regarding the above-captioned matter now set for status conference before the Honorable Barbara A. McAuliffe on October 14, 2020 may be continued for further status conference on January 27. 2021.

The parties remain in plea negotiations on this case, along with Mr. Bartucci's other case, 1:18-cr-00270-DAD-BAM.  The parties request the additional time to further their plea negotiations and resolution discussions.

The parties agree that, pursuant to 18 U.S.C. § 3161(h)(7)(A), time should be excluded through and including January 27, 2021 because there is good cause for the requested continuance and the ends of justice outweigh the interest of the public and the defendant in a speedy trial.  Specifically, the parties agree that this continuance is necessary for defense

preparation and investigation purposes and to permit time for the parties to engage in plea negotiations.

Respectfully submitted,

McGREGOR SCOTT
United States Attorney

DATED: October 6, 2020        */s/ Kimberly A. Sanchez*
KIMBERLY A. SANCHEZ
Assistant United States Attorney
Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

DATED: October 6, 2020        */s/ Charles J. Lee*
CHARLES J. LEE
Assistant Federal Defender
Attorney for Defendant
BRYAN BARTUCCI

## **ORDER**

IT IS SO ORDERED that the Status Conference is continued from October 26, 2020 to **January 27, 2021, at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe.** Time is excluded pursuant to 18 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED.

Dated:   **October 6, 2020**        /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE