| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | CHARLES J. LEE, #221057 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA 93721-2226 |
| | Telephone: 559-487-5561/Fax: 559-487-5950 |
| 5 | |
| 6 | Attorney for Defendant |
| | BRYAN BARTUCCI |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:19-cr-00244-LJO-SKO |
| Plaintiff, | STIPULATION TO MODIFY TERM OF PRETRIAL RELEASE; ORDER |
| vs. | JUDGE: Hon. Sheila K. Oberto |
| BRYAN BARTUCCI, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, that Mr. Bartucci's order of release condition (6), requiring a third-party custodian, be deleted. Mr. Bartucci has secured new employment in Albuquerque, New Mexico, where he has extended family. Based on his compliance with pretrial conditions for over a year and a half, including participation in the Better Choices program, Pretrial Services Officer Jessica McConville is supportive of removing the condition.

All other conditions remain in full force and effect.

///

///

///

///

///

Respectfully submitted,
PHILLIP A. TALBERT
Acting United States Attorney

DATED: June 4, 2021

*/s/ Kimberly A. Sanchez*
KIMBERLY A. SANCHEZ
Assistant United States Attorney
Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender


DATED: June 4, 2021

*/s/ Charles J. Lee*
CHARLES J. LEE
Assistant Federal Defender
Attorneys for Defendant
BRYAN BARTUCCI


## **O R D E R**

**IT IS SO ORDERED** that pretrial release condition (6) requiring a Third-Party Custodian for Mr. Bartucci on the above-entitled case, be deleted.

All other conditions remain in full force and effect.

DATED: June 7, 2021

*/s/ Sheila K. Oberto*

HON. SHEILA K. OBERTO
United States Magistrate Court Judge