| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | CHARLES J. LEE, #221057 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA 93721-2226 |
| | Telephone: 559-487-5561/Fax: 559-487-5950 |
| 5 | |
| | Attorney for Defendant |
| 6 | BRYAN BARTUCCI |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:19-cr-00244-DAD-BAM |
|---|---|
| Plaintiff, | STIPULATION TO MODIFY TERM OF PRETRIAL RELEASE; ORDER |
| vs. | JUDGE: Hon. Barbara A. McAuliffe |
| BRYAN BARTUCCI, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, that Mr. Bartucci's order of release condition (7)(c) as to the travel condition be modified to read:

"Your travel is restricted to the Eastern District of California and the District of New Mexico, unless otherwise approved in advance by the PSO."

The modification is requested as Mr. Bartucci has secured new employment in Albuquerque, New Mexico, where he has extended family. Based on his compliance with pretrial conditions for over a year and a half, including participation in the Better Choices program, Pretrial Services Officer Jessica McConville is supportive of this modification.

All other conditions remain in full force and effect.

///

///

Respectfully submitted,
PHILLIP A. TALBERT
Acting United States Attorney

DATED: June 28, 2021        /s/ Kimberly A. Sanchez
KIMBERLY A. SANCHEZ
Assistant United States Attorney
Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender


DATED: June 28, 2021        /s/ Charles J. Lee
CHARLES J. LEE
Assistant Federal Defender
Attorneys for Defendant
BRYAN BARTUCCI

19cr

# O R D E R

**IT IS SO ORDERED** that pretrial release condition (7)(c)'s travel condition be modified to read:

"Your travel is restricted to the Eastern District of California and the District of New Mexico, unless otherwise approved in advance by the PSO."

All other conditions remain in full force and effect.

IT IS SO ORDERED.

Dated:  **June 28, 2021**          /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE