1  HEATHER E. WILLIAMS, Bar #122664
   Federal Defender
2  CHARLES J. LEE, Bar #221057
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: 559-487-5561/Fax: 559-487-5950
5
   Attorney for Defendant
6  BRYAN BARTUCCI

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,              Case No.  1:19-cr-00244 DAD-BAM

12              Plaintiff,                 STIPULATION AND ORDER TO CONTINUE
                                           STATUS CONFERENCE
13  vs.

14  BRYAN BARTUCCI,                        DATE:  December 8, 2021
                                           TIME:    1:00 p.m.
15              Defendant.                 JUDGE: Hon. Barbara A. McAuliffe

16

17

18        IT IS HEREBY STIPULATED by and between the parties hereto, through their

19  respective counsel, that the status conference regarding the above-captioned matter now set for

20  status conference before the Honorable Barbara A. McAuliffe on September 8, 2021, may be

21  continued for further status conference on December 8, 2021, at 1:00 p.m.

22        The parties have had several discussions regarding resolution and anticipate a plea offer

23  will be forthcoming soon of both of Mr. Bartucci's cases in the near future.  Defense will then

24  need time to review the offer with Mr. Bartucci.

25        The parties agree that, pursuant to 18 U.S.C. § 3161(h)(7)(A), time should be excluded

26  through and including September 8, 2021, because there is good cause for the requested

27  continuance and the ends of justice outweigh the interest of the public and the defendant in a

28  speedy trial.  Specifically, the parties agree that this continuance is necessary for defense

1    preparation and investigation purposes and to permit time for the parties to complete their plea

2    negotiations.

3

4                                                              Respectfully submitted,

5
                                                             PHILLIP TALBERT
6                                                            Acting United States Attorney

7    DATED:  September 1, 2021                  /s/ Kimberly A. Sanchez
                                                             KIMBERLY A. SANCHEZ
8                                                            Assistant United States Attorney
                                                             Attorney for Plaintiff
9

10
                                                             HEATHER E. WILLIAMS
11                                                           Federal Defender

12   DATED:  September 1, 2021                  /s/ Charles J. Lee
                                                             CHARLES J. LEE
13                                                           Assistant Federal Defender
                                                             Attorney for Defendant
14                                                           BRYAN BARTUCCI

15

16

17                                       **ORDER**

18          IT IS SO ORDERED that the status conference is continued from September 8, 2021, to

19   **December 8, 2021, at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe**.  Time is

20   excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A).

21

22   IT IS SO ORDERED.

23
        Dated:    **September 1, 2021**            /s/ Barbara A. McAuliffe
24                                                           UNITED STATES MAGISTRATE JUDGE

25

26

27

28

         Bartucci: Stipulation and [Proposed]              -2-
         Order to Continue Status Conference