1 HEATHER E. WILLIAMS, Bar #122664
Federal Defender
2 CHARLES J. LEE, Bar #221057
Assistant Federal Defender
3 Designated Counsel for Service
2300 Tulare Street, Suite 330
4 Fresno, CA 93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950
5
Attorney for Defendant
6 BRYAN BARTUCCI

7

8 IN THE UNITED STATES DISTRICT COURT

9 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11 UNITED STATES OF AMERICA, | Case No. 1:19-cr-00244-DAD-BAM |
| 12 Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| 13 vs. | |
| 14 BRYAN BARTUCCI, | DATE: February 23, 2022 TIME: 1:00 p.m. |
| 15 Defendant. | JUDGE: Hon. Barbara A. McAuliffe |

18 IT IS HEREBY STIPULATED by and between the parties hereto, through their
19 respective counsel, that the status conference regarding the above-captioned matter now set for
20 status conference before the Honorable Barbara A. McAuliffe on December 8, 2021, may be
21 continued for further status conference on February 23, 2022, at 1:00 p.m.
22 The government has recently provided a plea agreement to resolve this case along with
23 Mr. Bartucci's other case, 1:18-cr-00270-DAD-BAM. While the central terms of the plea
24 agreement have been finalized, there are some minor aspects, such as the forfeiture provision,
25 which needs some additional discussion. The parties anticipate the case should be resolved by
26 the requested date, but if unable to come to an agreement by that time, would be ready to set a
27 trial date at the next status conference.
28 The parties agree that, pursuant to 18 U.S.C. § 3161(h)(7)(A), time should be excluded

1   through and including February 23, 2022, because there is good cause for the requested
2   continuance and the ends of justice outweigh the interest of the public and the defendant in a
3   speedy trial. Specifically, the parties agree that this continuance is necessary for defense
4   preparation and investigation purposes and to permit time for the parties to complete their plea
5   negotiations.

Respectfully submitted,

PHILLIP TALBERT
Acting United States Attorney

DATED: November 23, 2021      /s/ Kimberly A. Sanchez
KIMBERLY A. SANCHEZ
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

DATED: November 23, 2021      /s/ Charles J. Lee
CHARLES J. LEE
Assistant Federal Defender
Attorney for Defendant
BRYAN BARTUCCI

## ORDER

IT IS SO ORDERED that the status conference is continued from December 8, 2021, to **February 23, 2022, at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe**. Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A). If the parties do not resolve the case in advance of the next status conference, they shall be prepared to set a trial date at the status conference hearing.

IT IS SO ORDERED.

Dated: __December 1, 2021__     /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE