HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
REED GRANTHAM, CA Bar #294171
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
BRYAN BARTUCCI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:19-cr-00244-ADA-BAM |
|---|---|
| Plaintiff, | **STIPULATION TO VACATE TRIAL AND SET BRIEFING SCHEDULE AND HEARING DATE; ORDER** |
| vs. | |
| BRYAN BARTUCCI, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel, Assistant United States Attorney Kimberly Sanchez, counsel for plaintiff, and Assistant Federal Defender Reed Grantham, counsel for Bryan Bartucci, that the trial confirmation date, and trial date, currently scheduled for October 31, 2022, and November 15, 2022, respectively, may be vacated and that a briefing schedule and hearing date be set for a defense motion to dismiss in accordance with the schedule below.

Undersigned counsel for Mr. Bartucci was appointed in this matter, and in the related matter of Case No. 1:18-cr-00270-ADA-BAM, on January 12, 2022. *See* Dkt. #36. On August 28, 2022, pursuant to a stipulation from the parties, this matter, and the related matter, were set for trial to begin on November 15, 2022, with no time exclusion under 18 U.S.C. § 3161. *See* Dkt. #91. At this time, the parties hereby move to vacate the trial confirmation date of October 31, 2022, and the trial date of November 15, 2022, and request to set a briefing schedule and

hearing date on a defense motion to dismiss the Indictment in this case. Accordingly, the parties hereby agree and stipulate that the following briefing schedule and hearing date be set:

- Defense motion to be filed on or before November 2, 2022
- Government opposition to be filed on or before December 7, 2022
- Any defense reply to be filed on or before December 21, 2022
- Motion hearing to be set on January 17, 2023, at 10:00 a.m.

The dates proposed are mutually agreeable dates for the parties and the parties make this request with the intention of conserving time and resources for both the parties and the Court.

The parties agree that the delay resulting from the continuance to January 17, 2023, shall be excluded under 18 U.S.C. § 3161(h)(1)(D) because the delay results from the filing of a pretrial motion, through the conclusion of any hearing on the motion, and the prompt disposition of the motion. *See* 18 U.S.C. § 3161(h)(1)(D).

                                  Respectfully submitted,

                                  HEATHER E. WILLIAMS
                                  Federal Defender

Date: September 30, 2022         */s/ Reed Grantham*
                                  REED GRANTHAM
                                  Assistant Federal Defender
                                  Attorney for Defendant
                                  BRYAN BARTUCCI

                                  PHILLIP A. TALBERT
                                  United States Attorney

Date: September 30, 2022         */s/ Kimberly Sanchez*
                                  KIMBERLY SANCHEZ
                                  Assistant United States Attorney
                                  Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.** The trial confirmation hearing set for October 31, 2022, and the trial set for November 15, 2022, are hereby vacated.

**IT IS FURTHER ORDERED THAT** a briefing schedule on the defense motion is hereby set in accordance with the above. The defense motion is to be filed on or before November 2, 2022. The government opposition is to be filed on or before December 7, 2022. Any defense reply is to be filed on or before December 21, 2022. A hearing on the motion is hereby set for January 17, 2023, at 10:00 a.m. before the Honorable Ana de Alba, United States District Court Judge.

Time shall be excluded to January 17, 2023, under 18 U.S.C. § 3161(h)(1)(D) because the delay results from the filing of a pretrial motion, through the conclusion of any hearing on the motion, and the prompt disposition of the motion.

IT IS SO ORDERED.

Dated:   October 3, 2022

UNITED STATES DISTRICT JUDGE