1  PHILLP A. TALBERT
   United States Attorney
2  KIMBERLY A. SANCHEZ
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                       EASTERN DISTRICT OF CALIFORNIA
10

11 | UNITED STATES OF AMERICA, | CASE NO. 1:18-CR-00270 ADA-BAM
                                          1:19-CR-00244 ADA-BAM
12 |            Plaintiff,

13 |       v.                     | STIPULATION EXTENDING TIME FOR THE
                                    GOVERNMENT AND DEFENSE TO FILE
14 | BRYAN BARTUCCI,              | BRIEFINGS; FINDINGS AND ORDER

15 |            Defendant.        | COURT: Hon. Barbara A. McAuliffe

16

17     This case is set for a hearing on defendant's motion to dismiss on January 17, 2023 at 10:00 a.m.

18 Briefing on the matter is scheduled as follows:

19     • Defense motion was filed.

20     • Government opposition to be filed on or before December 7, 2023

21     • Any defense reply to be filed on or before December 21, 2022

22     • Moiton hearing to be set on January 17, 2023.

23     The parties stipulate and request a one-week extension for the time for the Government to file its

24 opposition and for defense to file any reply, resulting in the following schedule:

25     • Defense motion was filed.

26     • Government opposition to be filed on or before December 9, 2023

27     • Any defense reply to be filed on or before December 23, 2022

28     • Moiton hearing to be set on January 17, 2023.

STIPULATION EXTENDING FILING DEADLINES        1

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set as noted above.

2. By this stipulation, the parties now move to extend the time to file the Government's Opposition and for any defense reply as noted above – December 9 and December 23, 2023, respectively.

3. There is a previous time exclusion, and the parties are not making any request to continue the hearing set for January 17, 2023.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  December 7, 2022                        PHILLIP A. TALBERT
                                                United States Attorney


                                                /s/ KIMBERLY A. SANCHEZ
                                                KIMBERLY A. SANCHEZ
                                                Assistant United States Attorney


Dated:  December 7, 2022                        /s/ REED GRANTHAM
                                                REED GRANTHAM
                                                Counsel for Defendant
                                                BRYAN BARTUCCI


IT IS SO ORDERED.

  Dated:    December 7, 2022
                                                _____
                                                UNITED STATES DISTRICT JUDGE