HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
REED GRANTHAM, CA Bar #294171
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
BRYAN BARTUCCI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BRYAN BARTUCCI,<br><br>Defendant. | Case No. 1:19-cr-00244-ADA-BAM<br><br>**STIPULATION TO VACATE THE CURRENT STATUS CONFERENCE AND TO SET A NEW STATUS CONFERENCE; ORDER** |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel, Assistant United States Attorney Kimberly Sanchez, counsel for plaintiff, and Assistant Federal Defender Reed Grantham, counsel for Bryan Bartucci, that the April 12, 2023 status conference set by the district court in its February 23, 2023 minute order be vacated and that a status conference hearing be set for March 22, 2023, at 1:00 p.m.

On November 2, 2022, Mr. Bartucci filed a motion to dismiss the Indictment in this case. *See* Dkt. #94. At the hearing on Mr. Bartucci's motion to dismiss, the Court set a further status conference in the matter for February 27, 2023, and the parties agreed that time should be excluded to February 27, 2023, under 18 U.S.C. § 3161(h)(1)(D). *See* Dkt. #101; 18 U.S.C. § 3161(h)(1)(D). On February 23, 2023, this Court denied Mr. Bartucci's motion to dismiss, and set a further status conference before the magistrate court on April 12, 2023, at 1:00 p.m. *See* Dkt. #103-04.

1    The parties have consulted following the district court's denial of Mr. Bartucci's motion
2 to dismiss and are requesting that the April 12, 2023 status conference hearing be vacated and
3 that a status conference hearing be set on March 22, 2023, at 1:00 p.m. The continuance is
4 sought so that the parties have an opportunity to consider how best to proceed following the
5 district court's ruling with respect to the motion to dismiss in this case. This proposed date is a
6 mutually agreeable date for the parties and the parties make this request with the intention of
7 conserving time and resources for both the parties and the Court.

8    By and through this stipulation, the parties hereby agree to exclude time through and
9 including March 22, 2023. Specifically, the parties agree that the delay resulting from the
10 continuance to March 22, 2023, shall be excluded under 18 U.S.C. § 3161(h)(7)(A) and
11 3161(h)(7)(B)(i), (ii), and (iv) because the ends of justice are served by continuing the case as
12 requested and outweigh the interest of the public and the defendant in a trial within the original
13 date prescribed by the Speedy Trial Act. Accordingly, for the purpose of computing time under
14 the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time
15 period to March 22, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C. §§
16 3161(h)(7)(A) and 3161(h)(7)(B)(i), (ii) and (iv) because it results from a continuance granted by
17 the Court at defendant's request on the basis of the Court's finding that the ends of justice served
18 by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

19                                               Respectfully submitted,

20                                               HEATHER E. WILLIAMS
                                                 Federal Defender
21

22 Date: February 24, 2023              */s/ Reed Grantham*
                                         REED GRANTHAM
23                                       Assistant Federal Defender
                                         Attorney for Defendant
24                                       BRYAN BARTUCCI

25

26

27

28

PHILLIP A. TALBERT
United States Attorney

Date: February 24, 2023

*/s/ Kimberly Sanchez*
KIMBERLY SANCHEZ
Assistant United States Attorney
Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.** The status conference hearing set for April 12, 2023, is hereby vacated, and a status conference is set for **March 22, 2023, at 1:00 p.m. before Magistrate Judge Barbara McAuliffe.** Time shall be excluded to March 22, 2023, under 18 U.S.C. § 3161(h)(7)(A) and 3161(h)(7)(B)(i), (ii), and (iv) because the ends of justice are served by continuing the case as requested and outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

IT IS SO ORDERED.

Dated:   **February 24, 2023**           /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE