HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
REED GRANTHAM, CA Bar #294171
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
BRYAN BARTUCCI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BRYAN BARTUCCI,<br><br>Defendant. | Case No. 1:19-cr-00244-ADA-BAM<br><br>**REQUEST FOR RULE 43 WAIVER OF APPEARANCE; ORDER** |
|---|---|

Pursuant to Federal Rule of Criminal Procedure 43(b)(3), Bryan Bartucci, having been advised of his right to be present at all stages of the proceedings, hereby requests that this Court permit him to waive his right to personally appear for all non-substantive proceedings in this matter pursuant to this waiver. Mr. Bartucci agrees that his interests shall be represented at all times by the presence of his attorney, Assistant Federal Defender, Reed Grantham, the same as if Mr. Bartucci were personally present, and requests that this Court allow his attorney-in-fact to represent his interests at all times.

//

//

//

//

Respectfully submitted,

Date:  March 15, 2023						*/s/ Bryan Bartucci*
								BRYAN BARTUCCI

								HEATHER E. WILLIAMS
								Federal Defender

Date: March 15, 2023						*/s/ Reed Grantham*
								REED GRANTHAM
								Assistant Federal Defender
								Attorney for Defendant
								BRYAN BARTUCCI

# O R D E R

Defendant's request for a waiver of appearance is granted. Pursuant to Rule 43(b)(3), defendant's appearance is waived for all non-substantive proceedings in this matter pursuant to this waiver until further order of the Court.

IT IS SO ORDERED.

Dated:  **March 15, 2023**			     /s/ *Barbara A. McAuliffe*
								UNITED STATES MAGISTRATE JUDGE

Bartucci - Rule 43 Waiver

2