```
HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
REED GRANTHAM, CA Bar #294171
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
BRYAN BARTUCCI
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>BRYAN BARTUCCI,<br><br>　　　　　Defendant. | Case No. 1:19-cr-00244-NODJ-BAM<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER** |

  IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney Kimberly Sanchez, counsel for plaintiff, and Assistant Federal Defender Reed Grantham, counsel for Bryan Bartucci, that the status conference hearing currently scheduled for February 5, 2024, at 8:30 a.m. may be continued to February 12, 2024, at 8:30 a.m.

  Mr. Bartucci entered a plea of guilty to Count One of the Information in the related case of 1:18-cr-00270-NODJ-BAM on September 25, 2023. *See* Dkt. #75.[1] That matter was then scheduled for sentencing on February 5, 2024. *See* Dkt. #75. At that time, this matter was set to trail the 1:18-cr-00270-NODJ-BAM matter, *see* Dkt. #119 in Case No. 1:19-cr-00244-NODJ-BAM, as per the parties' plea agreement filed in Case No. 1:18-cr-00270-NODJ-BAM, this

---

[1] All further docket references are to the related case of Case No. 1:18-cr-00270-NODJ-BAM, unless otherwise noted.

1  matter would be dismissed at the time of sentencing. *See* Dkt. #76 at 6.

2  On December 20, 2023, the draft Presentence Investigation Report (PSR) in Case No.
3  1:18-cr-00270-NODJ-BAM was filed. *See* Dkt. #80. Currently, any informal objections to the
4  draft PSR are due on or by Monday, January 8, 2024. Undersigned counsel for Mr. Bartucci has
5  been on previously scheduled leave between December 21, 2023, and January 2, 2024. In light of
6  the timing of the filing of the draft PSR in Case No. 1:18-cr-00270-NODJ-BAM, counsel
7  requires additional time and opportunity to review the draft PSR with Mr. Bartucci and to
8  prepare any objections. Accordingly, the parties are requesting a brief continuance of sentencing
9  in the 1:18-cr-00270-NODJ-BAM matter from Monday, February 5, 2024, to Monday, February
10 12, 2024. As a result, the parties are also requesting that the status conference currently set in this
11 case for February 5, 2024, also be continued to February 12, 2024, to trail the related case of
12 1:18-cr-00270-NODJ-BAM. As noted above, per the parties' plea agreement it is anticipated that
13 this matter would be dismissed at the time of sentencing in Case No. 1:18-cr-00270-NODJ-
14 BAM. *See* Dkt. #76 at 6.

15 The government does not oppose the continuance of the sentencing in this matter to the
16 date proposed herein. The requested continuance is made with the intention of conserving time
17 and resources for both the parties and the Court. The requested date is a mutually agreeable date
18 for all parties. The parties stipulate that for the purpose of computing time under the Speedy
19 Trial Act, the Court should exclude time from the date of this order through February 12, 2024,
20 for defense preparation and investigation, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).
21 The parties agree that the ends of justice are served by resetting the status conference date
22 outweigh the best interest of the public and the defendant in a speedy trial.

23 //
24 //
25 //
26 //
27 //
28 //

|   |   |
|---|---|
|   | Respectfully submitted, |
|   |   |
|   | PHILLIP A. TALBERT<br>United States Attorney |
| Date: January 4, 2024 | */s/ Kimberly Sanchez*<br>KIMBERLY SANCHEZ<br>Assistant United States Attorney<br>Attorney for Plaintiff |
|   | HEATHER E. WILLIAMS<br>Federal Defender |
| Date: January 4, 2024 | */s/ Reed Grantham*<br>REED GRANTHAM<br>Assistant Federal Defender<br>Attorney for Defendant<br>BRYAN BARTUCCI |

## **O R D E R**

IT IS HEREBY ORDERED that the status conference hearing scheduled for Monday, February 5, 2024, at 8:30 a.m. be continued to **Monday, February 12, 2024, at 8:30 a.m. in Courtroom 5 before the District Court Judge**.

The time through February 12, 2024, is excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(i) and (iv), as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: **January 24, 2024**          /s/ *Barbara A. McAuliffe*
                                         UNITED STATES MAGISTRATE JUDGE